THE STATE OF OHIO, APPELLEE, *v.* CHERIF, APPELLANT.

[Cite as *State v. Cherif,* 128 Ohio St.3d 356, 2011-Ohio-956.]

(No. 2010–2188—Submitted February 15, 2011—Decided March 8, 2011.)

---

{¶ 1} The discretionary appeal is accepted on Proposition of Law No. II.

{¶ 2} The portion of the judgment of the court of appeals addressing appellant's second assignment of error below is vacated on the authority of *State v. Johnson,* 128 Ohio St.3d 153, 2010-Ohio-6314, 942 N.E.2d 1061, and the cause is remanded to the court of appeals for application of our decision in *State v. Johnson.*

PFEIFER, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

O'CONNOR, C.J., and LUNDBERG STRATTON and MCGEE BROWN, JJ., dissent and would not accept the discretionary appeal.

---

Ron O'Brien, Franklin County Prosecuting Attorney, and Laura R. Swisher, Assistant Prosecuting Attorney, for appellee.

Yeura R. Venters, Franklin County Public Defender, and David L. Strait, Assistant Public Defender, for appellant.